UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA HOBBS, individually and on behalf of all others similarly situated, | Civil Action No. 1:17-cv-03534 |
| Plaintiffs, | Honorable John J. Tharp, Jr. |
| v. | |
| GERBER PRODUCTS CO., | |
| Defendant. | |

**STIPULATION
OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Linda Hobbs and defendant Gerber Products Company that the above-referenced action is hereby dismissed with prejudice and without costs to any party.

Dated: December 14, 2018

WEXLER WALLACE LLP

By: /s/ Edward A. Wallace
Edward A. Wallace
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

*Attorneys for Plaintiff*

1

2

| SQUITIERI & FEARON LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| By: /s/ *Stephen J. Fearon* <br> Stephen J. Fearon <br> 32 East 57th Street <br> 12th Floor <br> New York, NY 10022 <br> Telephone: (212) 421-6492 <br><br> *Attorneys for Plaintiff* | By: /s/ *Geoffrey W. Castello* <br> Geoffrey W. Castello <br> One Jefferson Road <br> Parsippany, NJ 07054 <br> Telephone: (973) 503-5900 <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using this Court's CM/ECF service, which will send notification of such filing to all counsel of record on this 14th day of December 2018.

/s/ Edward A. Wallace
Edward A. Wallace
